**FRANK DOMINGO and G. V. LOPEZ v. STATE OF FLORIDA**

9 Sou. (2nd) 195                               Division B
May 29, 1942                 Rehearing Denied July 24, 1942

Cyrus W. Fields, for appellants.

J. Tom Watson, Attorney General, Millard B. Conklin, Assistant Attorney General, and Woodrow M. Melvin, Special Assistant Attorney General, for appellee.

PER CURIAM:

The questions presented in this case are identical with two of those disposed of by the opinion in Tony LaBarbara, appellant, v. State of Florida, appellee, filed 29 May 1942. On authority of that decision the judgment of the lower court is affirmed.

BROWN, C. J., TERRELL, CHAPMAN and THOMAS, JJ., concur.